IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JHAMAL CRAWFORD, #301144, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 2:19-cv-407-ECM |
| ) | [WO] |
| KAY IVEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Now pending before the Court is the Plaintiff's motion to dismiss (doc. 13) filed on September 6, 2019. Upon consideration of the motion, and for good cause, it is

ORDERED that the motion to dismiss (doc. 13) is GRANTED and this lawsuit is DISMISSED in its entirety without prejudice, with no costs taxed.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE this 10th day of September, 2019.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE